No. 581. CARSON ET AL. *v.* LONG-BELL LUMBER CORP. ET AL. January 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. John S. Leahy, Walter H. Saunders, John T. Barker, Floyd Jacobs, David M. Proctor,* and *Mitchell J. Henderson* for petitioners. *Mr. Jesse Andrews* for respondents.

No. 637. SPRUILL *v.* O'TOOLE ET AL. January 21, 1935. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia, and motion for leave to proceed further *in forma pauperis,* denied. *Georgia M. Spruill, pro se.* No appearance for respondents.

No. 575. COMPAGNIE GENERALE TRANSATLANTIQUE *v.* ELTING, COLLECTOR OF CUSTOMS. January 21, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Roger O'Donnell, Lambert O'Donnell* and *William J. Peters* for petitioner. *Solicitor General Biggs, Assistant Attorney General Sweeney,* and *Messrs. Paul A. Sweeney* and *M. Leo Looney, Jr.,* for respondent.

No. 578. WALDOCK, TRUSTEE, *v.* CHOCTAW LUMBER Co. ET AL. January 21, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. Finis E. Riddle* and *Robert L. Davidson* for petitioner. *Messrs. I. N. Watson, Henry N. Ess, Paul Barnett,* and *Elton L. Marshall* for respondents.